# IN THE UNITED STATES DISTRICT COURT FOR SOUTHERN INDIANA

| | |
|---|---|
| CHRISTOPHER J. FAUCETT, | |
| PLAINTIFF, | CIVIL-ACTION NO: |
| VS. | 2:05-CV-217 LJM WTL |
| 1  HARLEY LAPPIN, | |
| 2  MICHAEL NALLEY, | |
| 3  MARK BEZY, | |
| 4  PAULA JARNECKE, | FILED ON: |
| 5  JUAN CASTILLO, | |
| 6  CARL CRAWFORD, | |
| 7  TIMOTHY GREGORY, | |
| 8  TERRY HUCKELBERRY, | |
| 9  RODNEY TROUTMAN, | |
| 10 SCOTT KEILMAN, | |
| 11 DAVID TREADWAY, | |
| 12 ANDREW RUPSKA, | |
| 13 STEVE ECKERT, | |
| 14 MICHAEL ARMSTRONG, | |
| 15 DAVID FARRIS, | ↑ COURT USE ONLY ↑ |
| 16 TIMOTHY BARNETT, | |
| 17 VICKTOR KILLION, | |
| 18 ROGER WHITE, | 7002 0510 0003 9676 9368 |
| 19 BRANDON SHOEMAKER, | |
| 20 WAYNE WHALEN, | BIVENS-COMPLAINT |
| 21 MICHAEL CLUTTER, | |
| 22 DAVID WERNICK, | "THE-DELIBERATE-INDIFFERENCE- |
| 23 STEVEN JOHNSTON, | IN-THE-TREATMENT-OF-A- |
| DEFENDANTS. | HOMOSEXUAL-AUTISTIC-PRISONER" |

** **Previous Lawsuit:**

Christopher J. Faucett vs. Director of the Bureau of Prisons, et al.
  (Plaintiff)                    (Defendants)
Civil-Action No.: (2:05-cv-151-LJM-WTL)  Filed on: 06-21-05
In the United States District Court, (Southern Indiana).

Assigned to the Honorable United States Chief Judge, (The Honorable Larry J. McKinney.)

On 06-28-2005 the case was Dismissed without Prejudice, after the Plaintiff filed a "Motion to Vacate" his complaint to allow Defendants time to respond to a Freedom of Information Act Pursuant to 28 C.F.R. 16.9, which was Denied in violation of Federal Law, but with the Option to Appeal. The Plaintiff has appealed the said FOIA Request.

** **Potential Lawsuit** (that is pertinent to this claim).

In November of 2003, and while in the custody of the United States Marshall's Office out of Salt Lake City, Utah the Plaintiff was Sexually-Assaulted while being Detained at a County Jail via Contract through the U.S. Marshall's Office. The Plaintiff latter experienced strong Suicidal-Ideations, and made a clear attempt to commit Suicide, which cost the U.S. Marshall's approximatly $1,600.00 in outside Medical-Expenses to prevent. The said assault was reported to Official's at the Plaintiffs current place of Confinement shortly before he was released to General-Population. The Plaintiff plans to file suit in the United States District Court for the District of Utah.

** **Place of Present Confinement for the Plaintiff.**

Present place of confinement is subject to change without notice. For the most up-to-date information on the Plaintiffs location or status, please visit the Bureau of Prisons "Inmate-Locator" at www.bop.gov

United States Federal Penitentiary
Christopher James Faucett #10733-081
4700 Bureau Road South
Terre Haute, Indiana 47808

** **The Name of Each Defendant, Their Official Position, and Address.**

1) H. Lappin, The Director of the Bureau of Prisons, (BOP)
320 First Street, North West
Washington, D.C. 20534

2) M. Nalley, North Central Regional Director, (BOP)
400 State Avenue, Tower II, Suite 800
Kansas City, Kansas 66101

** **The Following Defendants Have The Following Address**

United States Federal Penitentiary
Insert Defendant Name
4700 Bureau Road South
Terre Haute, Indiana 47808

** **The Employer For The Following Defendants Is The Federal Bureau of Prisons**

3) M. BEZY, WARDEN/PLAINTIFFS LEGAL GUARDIAN
4) P. JARNECKE, DEPUTY WARDEN
5) J. CASTILLO, ASSOCIATE WARDEN
6) C. CRAWFORD, CHIEF CAPTAIN
7) T. GREGORY, OPERATION LIEUTENANT
8) T. HUCKELBERRY, OPERATION LIEUTENANT
9) R. TROUTMAN, SPECIAL-HOUSING-LIEUTENANT
10) S. KEILMAN, SPECIAL-HOUSING-LIEUTENANT
11) D. TREADWAY, OPERATION LIEUTENANT
12) A. RUPSKA, HEATH-SERVICE-ADMINISTRATOR
13) S. ECKERT, CHIEF PSYCHOLOGIST
14) M. ARMSTRONG, PHYSICIAN-ASSISTANT
15) D. FARRIS, REGISTERED NURSE
16) T. BARNETT, INMATE-SYSTEM-MANAGER
17) V. KILLION, HEAD-DISCIPLINARY-HEARING-OFFICER
18) R. WHITE, UNIT/TEAM MANAGER
19) B. SHOEMAKER, CASE MANAGER
20) W. WHALEN, CORRECTIONS OFFICER
21) M. CLUTTER, CORRECTIONS OFFICER
22) D. WERNICK, CORRECTIONS OFFICER
23) S. JOHNSTON, CORRECTIONS OFFICER

## STATEMENT OF CLAIM

Comes now the Plaintiff, Christopher James Faucett, a 23 year old effeminate, preoperative, Caucasian homosexual, who is exceptionally-attractive, extremely-flamboyant, exhibits characteristics to that of a "Ivy-Leaguer", and at times has been known to exhibit some feminine-characteristics.

Despite his over-all outward appearance, the Plaintiff suffers from an extensive mental-history that includes a rare form of autism known as "Asperger's-Disorder", which is often refered to as HFA, or (High-Functioning-Autism).

Given the Plaintiffs over-all outward appearance, sexual-orientation, and mental-disorders, (especially the autistic-disorder), it is in fact understood that the Plaintiff is subject to be victimized by individuals who will see him as eazy prey.

**Claim #1**   The Plaintiff has attempted to exhaust the Bureau of Prisons Internal-Grievance-Procedure, but has been unsuccessfull in some of his attempts, because his right to exhaust said procedure has intentionaly been hampered. As well, the Plaintiff has been informed by the Bureau of Prisons Policy that the type of relief he seeks is unavailable under policy.

Respondents for Claim #1 are: H. Lappin, M. Nalley, M. Bezy, P. Jarnecke, J. Castillo, T. Barnett, R. White, B. Shoemaker.

**Claim #2**   On January 14th, 2004 the Plaintiff was remanded to the custody of the Bureau of Prisons to serve a gainful term of 70 months imprisonment. With good-time, and pre-release-commitment the Plaintiff will be released from confinement in 29 months. In April of 2004 the Plaintiff was designated to the United-States-Maximum-Security-Federal-Penitentiary in Terre Haute, Indiana which is the only Federal-Penitentiary in the entire nation that houses Federal-Death-Row Inmates. Due to this intentional, senseless designation, the Plaintiff has been subjected to victimization,

PHYSICAL-ASSAULT, SEXUAL-ASSAULT, AND SOCIAL AND SEXUAL PRESSURES PREVALENT IN A UNITED-STATES-MAXIUM-SECURITY-FEDERAL-PENITENTIARY.

RESPONDENTS FOR CLAIM #2 ARE: H. LAPPIN, M. NALLEY.

**Claim #3** AFTER AN EXTENSIVE STAY IN ADMINISTRATIVE-SEGREGATION FOR SAFTY CONCERNS, AND NEVER PERSONALLY MEETING WITH THE CAPTAIN TO FORMALLY DISCUSS GENERAL-POPULATION-STATUS THE PLAINTIFF WAS PLACED INTO THE GENERAL-POPULATION ON OCTOBER 20TH, 2004. THE RESPONDENTS THEREBY DISREGARDED A UNJUSTIFIABLY HIGH RISK OF HARM THAT WAS KNOWN BY THE Cf. RESPONDENTS.

RESPONDENTS FOR CLAIM #3 ARE: M. BEZY, C. CRAWFORD, S. ECKERT.

**Claim #4** ON OCTOBER 24TH, 2004 THE PLAINTIFF WAS MISCLASSIFIED DUE TO ERRORS MADE BY THE INMATE-SYSTEM-MANAGEMENT-DEPT., WHO ERRONEOUSLY ENTERED A DETAINER INTO THEIR COMPUTER SYSTEM WHICH INTURN CAUSED THE PLAINTIFFS TEAM TO MIS-CLASSIFY HIM, THUS CAUSING HIM TO APPEAR TO BE A SERIAL-KILLER. THIS ERROR, WHICH IS NOTHING LESS THAN RECK-LESSNESS, CAUSED THE PLAINTIFF TO APPEAR TO BE SOMETHING HE'S NOT, AND THEREFORE THREATENED HIS LIFE, HEALTH, AND SAFTY.

RESPONDENTS FOR CLAIM #4 ARE: M. BEZY, T. BARNETT.

**Claim #5** AFTER BEING IN GENERAL POPULATION FOR APPROXIMATLY 7 WEEKS, AND AFTER BEING COERCED TO ENTER WHAT WAS CONCEIVED TO BE A MONOGAMOUS-HOMOSEXUAL-RELATIONSHIP, AND AFTER BEING COERCED TO COSMETICIZE HIMSELF, THE PLAINTIFF WAS VIOLENTLY-ASSAULTED FOR REFUSING TO SUBMIT HIMSELF TO HOMO-SEXUAL-PROSTITUTION. THE PLAINTIFF WHO THEN REQUESTED PROTECTION, WAS DENIED PROTECTION, DESPITE THE FACT THAT SOMETHING WAS JUST NOT NORMAL WITH THE PLAINTIFF. THE PLAINTIFF WAS

sent back to his housing-unit, where he was violently-assaulted a 2nd time, this time for requesting protection. Both assaults took place in the plaintiffs cell on December 8th, 2004 and were inflicted by the same inmate. The aggressor has remained in general-population. The plaintiff was detained in administrative-segregation on December 8th, 2004 where he remains todate for safety concerns in part.

Respondents for Claim #5 are: M. Bezy, T. Gregory, B. Shoemaker.

**\* Foot Note for Claim #5 \***

Homosexual-prostitution is viewed among African-American inmates as "white-slavery". Because the inmates who fall prey to their aggressors are typically the most vulnerable — young, non-violent, Caucasian, first time offenders, small, weak, gay or effeminate. Rates of HIV are at least 4 times as high in prison, as outside prison, (the plaintiff has recently found out this information), (USA Today August 11th, 2005), which makes forced sex a potential death sentence. Many gay African-American inmates use "white-slavery" as a deceitful way to gain retribution, and some, who are HIV-positive-homosexuals, claim to be members of a underground "African-American Retribution Activist Group", whose intentions are to infect Caucasians with HIV, and once a Caucasian has been infected, retribution has been served.

The Bureau of Prisons has played favoritism with the plaintiffs aggressor, because he has officially worked for the Bureau of Prisons by cooperating and assisting as the main "star" in a televised-program that millions of Americans have watched. The plaintiffs aggressor is known as "Big-Pimp'n", and the Bureau of Prisons has and is

ALLOWING HIM TO GET AWAY WITH HIS ACTIONS. INASMUCH, BY BEING COERCED TO ENTER THE SAID RELATIONSHIP IN GENERAL-POPULATION, IT HAS CAUSED HUNDREDS OF INMATES TO PRECEIVE THE PLAINTIFF IN A MERETRICIOUS MANNER, BECAUSE THE PLAINTIFF'S AGGRESSOR HAS BEEN KNOWN THROUGHOUT THE ENTIRE FEDERAL PRISON SYSTEM FOR THE PAST 20 YEARS AS A PROCURER FOR HOMOSEXUAL-PROSTITUTES, AND THIS IN-AND-OF-IT'S-SELF HAS CAUSED A UNIMAGINABLE HARDSHIP ON THE PLAINTIFF, WHO, AS A RESULT HAS EXPERIENCED A UNIMAGINABLE AMOUNT OF SEXUAL PRESSURE.

**CLAIM #6**  AFTER BEING PLACED IN ADMINISTRATIVE-SEGREGATION ON DECEMBER 8TH, 2004, THE PLAINTIFF REPEATEDLY REQUESTED SINGLE-CELL-STATUS-PROTECTION, AND SINGLE-RECREATION BUT WAS REPEATEDLY DENIED. THE PLAINTIFF HAS CONTINUED TO REQUEST PROTECTION, BUT IS REFUSED. THE PLAINTIFF HAS BEEN FORCED TO PROTECT HIMSELF BY REFUSING CELL-MATES AND RECREATION COUNTLESS TIMES.

RESPONDENTS FOR CLAIM #6 ARE: M. BEZY, S. ECKERT, R. WHITE, B. SHOEMAKER, R. TROUTMAN, P. JARNECKE, S. JOHNSTON.

**CLAIM #7**  THE PLAINTIFF WAS PLACED WITH A CELL-MATE ON DECEMBER 8TH, 2004. ON DECEMBER 14TH, 2004 THE PLAINTIFFES CELL-MATE DISCOVERED THE PLAINTIFFS SEXUAL-ORIENTATION, AND MADE A SOUND OBJECTION TO IT. THE PLAINTIFF THEN REQUESTED TO BE MOVED OUT OF THE CELL IMMEDIATELY DUE TO A POSSIBLE PHYSICAL-ALTERCATION. THE RESPONDENTS TOOK MORE THAN 20 MINUTES TO RESPOND, AND AS A RESULT THE PLAINTIFF WAS ASSAULTED, AND THEN THE PLAINTIFF ASSAULTED HIS CELL-MATE AFTER HE WAS PLACED IN HAND-CUFFS. BOTH INMATES WERE THEN SEPARATED.

ON JANUARY 14TH, 2005 THE PLAINTIFF WAS PLACED

With another cell-mate who immediately discovered the Plaintiffs sexual-orientation, and made a clear-sound objection to it. The Plaintiff, (who was directed by his cell-mate), requested to be separated countless times over the course of two days with no success what-so-ever. The Plaintiffs cell-mate, (who was very agitated with the officials), then took the Plaintiff hostage, which caused a immediate "Forced-Cell-Extraction" by a 8-man swat-team, who were all wearing pro-tective-gear, and were armed with **non-lethal-weapons**. The Plaintiff was relocated by the swat-team, and expressed clear suicidal-ideations. Despite his clear thoughts of suicide, the Respondents refused to place the Plaintiff on suicide-watch per policy, and instead, managed the Plain-tiffs suicidal-ideations in a malicious and sadistic manner. Specifically, the Respondents left the Plaintiff in hardware-restraints that included wrist-cuffs, waist-chains, and ankle-cuffs wearing absolutely nothing but a small t-shirt and underwear for more than 9, (yes 9) consecutive hours. The Plaintiff was thus, tormented by excessive force.

Respondents for claim #7 are: M. Bezy, T. Gregory, D. Treadway, R. Troutman, S. Eckert, W. Whalen, M. Clutter.

**Claim #8**  On April 5th, 2005 the Plaintiff is transferred to the new multi-million-dollar-complex, and shortly before board-ing the transport bus, the Plaintiff is directed to sign a document, but is not given time to read the whole document. Instead, the Plaintiff is informed that it's a statement that says he will not be housed with any inmate that would pose a threat to the Plaintiffs life, health, or safty and is told that he will receive a copy of the signed document. The Plaintiff has sense



Page 10 of 16

INQUIRED ABOUT THE SAID DOCUMENT, BUT IS INFORMED THAT THERE IS NO SUCH DOCUMENT ON FILE, AND THE PLAINTIFF HAS NEVER RECEIVED A COPY OF THE SAID DOCUMENT. THE COURT SHOULD ALSO NOTE THAT THE PLAINTIFF HAS OBTAINED SOME COMPUTER-GENERATED DOCUMENTS THAT CLEARLY INDICATE THAT THE RESPONDENTS ARE PORTRAYING A ILLUSION THAT THE PLAINTIFF IS BEING DETAINED AT THE FEDERAL-CORRECTIONS-INSTITUTE, (A MEDIUM-SECURITY-FACILITY), WHEN HE'S PHYSICALLY BEING DETAINED ACCROSS THE STREET AT THE UNITED-STATES-MAXIUM-SECURITY-FEDERAL-PENITENTIARY. RESPONDENTS HAVE TAKEN ADVANTAGE OF THE AUTISTIC-PLAINTIFF BY COERCING AND MISLEADING HIM.

RESPONDENTS FOR CLAIM #8 ARE: M. BEZY, R. WHITE, B. SHOEMAKER.

**CLAIM #9** ON APRIL 27TH, 2005 THE RESPONDENT C.F. THREATENED THE PLAINTIFF, SPECIFICALLY, C. CRAWFORD INTIMIDATED THE PLAINTIFF BY USE OF A ULTIMATUM. (THE PLAINTIFF WAS COERCED BY C. CRAWFORD TO FIND A CELL-MATE OF HIS CHOICE, OR TO TAKE A CELL-MATE OF C. CRAWFORDS CHOICE.)

RESPONDENTS FOR CLAIM #9 ARE: M. BEZY, C. CRAWFORD.

**CLAIM #10** ON APRIL 28TH, 2005 THE PLAINTIFF REQUESTED A CELL-MATE AFTER BEING INTIMIDATED TO DO SO. ON MAY 16TH, 2005, (18 DAYS LATTER), THE PLAINTIFF REFUSED TO ALLOW HIS CELL-MATE BACK INTO THE CELL WHEN HE WAS RETURED FROM OUTSIDE RECREATION. THE PLAINTIFF WAS GIVEN A SINGLE CELL AS A RESULT. THE PLAINTIFF WHO THEN PERCEIVED THE THREAT IN CLAIM #9 TO BE A STRONG POSSIBILITY REQUESTED TO BE PLACED BACK INTO THE CELL WITH THE SAID INMATE. ON MAY 23RD, 2005 THE PLAINTIFF IS HOUSED WITH THE SAID INMATE AGAIN. APPROXIMATLY 5 HOURS LATTER THE TWO INMATES ARE WITNESSED ENGAGING IN HOMOSEXUAL-ACTIVITY, AND

ARE SEPARATED WITHOUT DELAY. AS A RESULT, THE PLAINTIFF WAS PHYSICALLY-ASSAULTED BY A MEANS OF DECEPTION, AND WITH A STRONG POSSIBILITY OF RESULTING IN DEATH. MOMENTS LATTER, RESPONDENTS MISLEAD THE AUTISTIC-PLAINTIFF BY INFORMING HIM THAT HE WAS NOT ENTITLED TO "OUT-SIDE PREVENTATIVE-HIV-TREATMENT", AND WAS THUS ASSAULTED BY DECEPTION A 2ND TIME, WITH THE STRONG POSSIBILITY OF RESULTING IN DEATH. THE PLAINTIFF HAS SENSE HAD TWO HIV TEST, BUT WHEN THE PLAINTIFF MADE A REQUEST TO RELEASE THE RESULTS TO A OUTSIDE 3RD PARTY, HE WAS INFORMED BY THE MEDICAL-DEPARTMENT THAT THERE WERE NO SUCH TEST-RESULTS IN HIS MEDICAL-FILE. THE RESPONDENTS, HAVE HANDLED THIS INCIDENT WITH A GREAT DEAL OF CRIMINAL-RECKLESSNESS, AND HAVE SUBJECTED THE PLAINTIFF TO A UNJUSTIFIABLY HIGH RISK OF HARM THAT WAS KNOWN.

RESPONDENTS FOR CLAIM #10 ARE: M. BEZY, T. HUCKELBERRY, S. KEILMAN, M. ARMSTRONG, D. FARRIS, A. RUPSKA.

CLAIM #11   THE RESPONDENTS FAILED TO PROVIDE THE PLAINTIFF WITH PREVENTATIVE-TREATMENT, AND THEREFORE SUBJECTED HIM TO A SERIOUS LIFE-THREATENING-COMPLICATION. RESPONDENTS HAVE FAILED TO PROVIDE THE PLAINTIFF WITH EYE-GLASSES THAT WERE ORDERED BY A OPTOMETRIST OVER 10 MONTHS AGO. GIVEN THE FACT THAT RESPONDENTS HAVE FAILED TO CORRECT HIS SEVERE NEARSIGHTEDNESS, (DESPITE THE CLEAR FACT THAT THEY WERE ORDERED BY A DOCTOR WHO POSSESS A DEGREE IN OPTOMETRY), THEY HAVE THREATENED HIS LIFE AND SAFTY, BECAUSE THE PLAINTIFF CANNOT SEE DISTANT OBJECTS. THE PLAINTIFF HAS BEEN WITHOUT GLASSES FOR NEARLY 2 YEARS. RESPONDENTS MISLEAD THE PLAINTIFF BY TELLING HIM THAT HE CANNOT HAVE ACCESS TO "ROUTINE" DENTAL-CARE DUE TO HIS ADMINISTRATION-SEGREGATION-STATUS. AS A RESULT THE PLAINTIFF HAS NOT RECEIVED A CHECK-UP IN OVER A YEAR,

OR A CLEANING IN OVER TWO YEARS. RESPONDENTS HAVE REFUSED TO PROVIDE THE PLAINTIFF WITH HIS MUCH NEEDED "BIPOLAR-MEDICATION", IN A ATTEMPT TO MANAGE HIS SUICIDAL-STATEMENTS TO OVERDOSE. RESPONDENTS HAVE FAILED TO PROVIDE THE PLAINTIFF WITH MUCH NEEDED MENTAL-HEALTH-TREATMENT, AS ALREADY ORDERED TO DO BY THE PLAINTIFFS SENTENCING JUDGE, (THE HONORABLE TED STEWART, (UTAH)).

RESPONDENTS FOR CLAIM # 11 ARE: M. BEZY, S. ECKERT, A. RUPSKA, M. ARMSTRONG, D. FARRIS.

CLAIM #12   ON JULY 24TH, 2005 RESPONDENT CF ENTERED THE PLAINTIFFS CELL, (WITH TWO OTHER OFFICERS WHO ARE NOT DIRECTLY INVOLVED) AND CAUSED SEVERE, TEMPORARY DISCOMFORT TO THE PLAINTIFFS RIGHT SHOULDER, AND RIGHT FOREARM. THEREBY, EXCESSIVE FORCE WAS APPLIED IN A MALICIOUS AND SADISTIC MANNER.

RESPONDENTS FOR CLAIM # 12 ARE: M. BEZY, P. JARNECKE, D. WERNICK.

FOOT-NOTE: THIS INCIDENT WAS REPORTED TO P. JARNECKE ON JULY 27TH, 2005 BY THE PLAINTIFF. SURVEILLANCE TAPES WERE REVIEWED, AND THE RESPONDENT WAS ORDERED TO RECTIFY HIS ACTIONS.

CLAIM #13   ON JULY 27TH, 2005 THE RESPONDENT THREATENS CF TO SUBJECT THE PLAINTIFF TO A ASSAULT BY PLACING HIM IN HARMS WAY DURING RECREATION, UNLESS HE SUBMITS TO A CELL-MATE ON ANOTHER RANGE. (THIS TOOK PLACE SHORTLY BEFORE THE ADMINISTRATION WAS SCHEDULED TO WALK THROUGH ON 07-27-2005). ON AUGUST 9TH, 2005 THE RESPONDENT MAKES A CLEAR ATTEMPT TO PLACE THE PLAINTIFF IN HARMS WAY AT RECREATION BY ATTEMPTING TO PLACE HIM IN A RECREATION


CAGE THAT IS OVER-CROWDED (IN VIOLATION OF BUREAU OF PRISONS POLICY), AND BY ATTEMPTING TO PLACE THE PLAINTIFF WITH INMATES THAT WOULD POSE A THREAT TO THE SAID PLAINTIFF. THE PLAINTIFF IS FORCED TO REFUSE HIS RECREATION TO PROTECT HIM-SELF, AND IS RETURNED TO HIS CELL. THE PLAINTIFF HAS REFUSED RECREATION SENSE 08-19-05. CF.

RESPONDENTS FOR CLAIM #13 ARE: M. BEZY, S. JOHNSTON, P. JARNECKE.

FOOT NOTE THIS INCIDENT WAS REPORTED TO P. JARNECKE AT THE SAME TIME CLAIM #12 WAS REPORTED TO HER. SURVEILLANCE TAPES WERE REVIEW, AND THE RESPONDENT HAS BEEN ORDERED TO RECTIFY, (THE 5 INMATES PER CAGE POLICY IS NOW BEING INFORCED).

CLAIM #14  SENSE THE PLAINTIFF HAS BEEN IN ADMINISTRATIVE-CF SEGREGATION, RESPONDENTS HAVE ATTEMPTED TO PREVENT THE PLAINTIFF FROM RELIEVING INFORMATION TO THE ADMINISTRATION BY MEANS OF COERCING HIM TO SUBMIT TO A CELL-MATE. RESPONDENTS HAVE ALSO ATTEMPTED TO MANAGE HIS SUICIDAL-IDEATIONS AND HIS BEHAVIORS BY MEANS OF A CELL-MATE.

RESPONDENTS FOR CLAIM #14 ARE: M. BEZY, C. CRAWFORD, R. TROUTMAN, S. ECKERT, R. WHITE, B. SHOEMAKER, W. WHALEN, M. CLUTTER, S. JOHNSTON.

CLAIM #15  IN A CLEAR ATTEMPT BY RESPONDENTS AND COUNTLESS OFFICIALS TO JUSTIFY THEIR ACTIONS TOWARD THE PLAINTIFF, THEY HAVE ~~CF~~ GIVEN THE PLAINTIFF THE FOLLOWING TITLES: MANIPULATIVE, VINDICTIVE, MENDACIOUS, GAME-PLAYER, MERCENARY, AND WITHOUT CREDIBILITY. RESPONDENTS HAVE ATTEMPTED TO MITIGATE THE PLAINTIFFS CLAIMS. THEY HAVE ACTED BROKEN

PAGE 14 OF 16

TOWARD THE PLAINTIFF FOR REASONS THAT ARE PERSONAL TO HIM. RESPONDENTS HAVE USED THE PLAINTIFFS AUTISTIC-DISORDER TO THEIR ADVANTAGE, BY MISLEADING, COERCING, AND PERSUADING HIM COUNTLESS TIMES. THEY HAVE MADE FALSE STATEMENTS COUNTLESS TIMES IN ORDER TO MARSHAL A DEFENSE IN THEIR FAVOR. THE COURT SHOULD UNDERSTAND THAT NO CASE SUCH AS THIS HAS BEEN BROUGHT BEFORE THE COURT TO THE PLAINTIFFS KNOWLEDGE, AND THAT THIS CASE IS SEVERLY SUBSTANTIAL, AND WITH A GREAT DEAL OF COMPLEX. INASMUCH, THE COURT SHOULD UNDERSTAND THAT THE PLAINTIFF IS NOT YOUR AVERAGE INMATE ALTHOUGH INTELLECTUALLY CAPABLE, HE SEVERLY LACKS A ABILITY TO PRECIVE AND INTERPRET SOCIAL SITUATIONS ACCURATELY MAKING HIM SUBJECT TO VICTIMIZATION. IN JANUARY OF 2002 THE PLAINTIFF ADDRESSED THE MOST APPLAUDING SPEECH AT "THE 2002 PEOPLE'S AGENDA" THAT WAS HELD IN INDIANA'S HOUSE OF REPRESENTATIVES AT THE INDIANA STATE CAPITOL. THE PLAINTIFF HAS FORMALLY MET AND HAD HIS PICTURE TAKEN WITH INDIANA'S 47TH GOVERNOR, (FRANK O'BANNON) (D-IN.). THE PLAINTIFF WOULD RESPECTFULLY PRAYS THE COURT TO HANDEL THIS CLAIM WITH CARE, AS THE RESPONDENTS HAVE REASON TO ALLEVIATE THEIR ACTIONS.

RESPONDENTS FOR CLAIM #15 ARE: ▪ (ALL RESPONDENTS).

GIVEN THE FACT THAT THIS CLAIM IS EXTREAMELY PERSONAL TO THE PLAINTIFF, BRINGING THIS CLAIM BEFORE THE COURT HAS TAKEN A UNIMAGINABLE AMOUNT OF BRAVERY, BUT THE PLAINTIFF FEELS THAT SOMEONE MUST STEP-UP, BECAUSE THEIR IS A FAR BIGGER PICTURE THE PLAINTIFF WOULD LIKE THE UNITED STATES ATTORNEY TO LOOK IN TO REGARDING THIS PENITENTIARY'S VINDICTIVENESS TOWARD HOMOSEXUALS DUE TO THEIR MISHAP IN FARMER VS. BRENNAN, 511 U.S. 825 (1994). THE PLAINTIFF WOULD ALSO LIKE THE UNITED STATES ATTORNEY TO INVESTIGATE THE TWO "AFRICAN-AMERICAN-RETRIBUTAN-

GROUPS". THE PLAINTIFFS 2ND AGGRESSOR HAS SENSE MADE A CLEAR INDICATION THAT HE IS A MEMBER OF ONE OF THESE GROUPS. (SEE FOOT NOTE FOR CLAIM # 5).

THE PLAINTIFF HAS BEEN VICTIMIZED COUNTLESS TIMES DURING HIS IMPRISONMENT. SUCH BRUTALITY IS THE EQUIVALENT OF TORTURE, AND IS OFFENSIVE TO ANY MODERN STANDARD OF HUMAN DIGNITY. THE HORRORS EXPERIENCED BY THE PLAINTIFF BORDER ON THE UNIMAGINABLE. BEING FORCED TO HAVE SEX FOR HIRE NOT ONLY THREATENS THE PLAINTIFFS LIFE, BUT IT HAS BEEN DEVASTATING TO HIS HUMAN SPIRIT. THE PLAINTIFF HAS, AND IS EXPERIENCING A PERVASIVE SENSE OF FEARFULNESS, SHAME, SEVERE ANXIETY, DEPRESSION, INADEQUCY, REJECTION AND ABANDONMENT, EMPTINESS, SELF DOUBT, A DEEP SENSE OF HOPELESSNESS, A SHATTERING LOSS OF SELF ESTEEM, PHYSICAL-AND-MENTAL-PAIN, AND A PERPETUAL TERROR THAT IS SIMPLY UNIMAGINABLE. THE EIGHTH AMENDMENT PROHIBITS ALL PUNISHMENT, (PHYSICAL AND MENTAL), THAT IS WITHOUT PENOLOGICAL JUSTIFICATION.

THE PLAINTIFF WOULD HIGHLY AND UTMOST RESPECTFULLY SEEK THE FOLLOWING RELIEF:

* A COURT ORDER FOR THE RESPONDENTS TO RETIFY THEIR HARSH, HAZARDOUS, DEADLY, AND SENSELESS CONDITIONS.

* A INJUCTION BARRING FUTURE CONFINEMENT IN ANY PENITETIARY.

* MONETARY-COMPENSATION IN THE SUM OF TWENTY-SEVEN-MILLION, FIVE-HUNDRED-FIFTY-FIVE-THOUSAND-DOLLARS. ($27,555,000.00).

THE PLAINTIFF UNDERSTANDS THAT THE UNITED-STATES COURTS WILL NOT TOLERATE ACTS OF PERJURY BY THE PLAINTIFF OR ANY OF THE RESPONDENTS.

THE PLAINTIFF, (CHRISTOPHER JAMES FAUCETT), HEREINAFTER SWEARS UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE. THE PLAINTIFF UNDERSTANDS THAT THE SUBMISSION OF FALSE INFORMATION IS PUNISHABLE BY UP TO 5 YEARS' OF IMPRISONMENT, AND A FINE OF NOT MORE THAN $250,000.00. PURSUANT TO 18 USC 1001 AND 3571.

WHEREFORE THE PLAINTIFF HEREIN WOULD HIGHLY AND UTMOST RESPECTFULLY MOVE THE COURT THIS 31ST DAY OF AUGUST IN THE YEAR OF 2005.

7002 0510 0003 9678 9368

X _____
CHRISTOPHER JAMES FAUCETT
(THE PLAINTIFF HEREINAFTER)
D.O.B. 06-17-1982
B.O.P. # 10733-081

SUBSCRIBED A SWORN TO BEFORE ME THIS 31 DAY OF August IN THE YEAR OF 2005.

X _____
NOTARY PUBLIC
Vigo County Indiana
Comm Exp 5-20-2009