Fri Oct  7 09:57:26 2005

UNITED STATES DISTRICT COURT

TERRE HAUTE

Receipt No.    201 1365
Cashier        nkd

Tender Type  MONEY ORDER

M.O.  Number: 08710147282

Transaction Type   AR

DO Code    Div No      Acct
4628        2         5100PL

Amount               $     10.00

2:05-CV-0217 INITIAL PFF

CHRISTOPHER FAUCETT 10733-081 USP PO BOX
12015 TH IN 47801

n

Fri Oct  7 09:57:28 2005

M. O. No. 687101

47282
Amount $    10.00
Pay any Federal Reserve Bank or
General Repository for credit to
United States Treasury Symbol 4628